# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:04cr89 |
| | § | |
| TERRI LYNN LEWIS JONES | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. There being no objections to the report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to be served consecutively to any sentence of imprisonment that the Defendant is serving, with a 28-month term of supervised release to follow, 4 of which should be in a halfway house facility in Ft. Worth, if possible.

-

Within 72 hours of release from the custody of the Bureau of Prisons, the Defendant shall report in person to the probation office in the district to which the Defendant is released. While on supervised release, the Defendant shall not commit another federal, state, or local crime, and shall comply with the standard conditions that have been adopted by the Court, and shall comply with the following additional conditions:

Defendant shall pay restitution totaling $256,933.17 to the victim listed in the "Victim Impact" section of the Presentence Report. The Court recommends the restitution payments to begin immediately. Any amount that remains unpaid when the Defendant's supervision commences is to be paid on a monthly basis at a rate of at least 10% of the Defendant's gross income, to be changed during supervision, if needed, based on the Defendant's changed circumstances, pursuant to 18 U.S.C. § 3664(k). Defendant shall pay a fine totaling $4,000.00. The fine payments shall begin immediately. It is further ordered that the Defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring employment; that the Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless payment of any financial obligation ordered by the Court has been paid in full; the Defendant shall not participate in any form of gambling unless payment of any financial obligation ordered by the Court has been paid in full; the Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U. S. Probation Office, until such time as the Defendant is released from the program by the probation officer; the Defendant shall be required to submit to a drug test within 15 days of release on supervised release,

and at least two periodic drug tests thereafter, as directed by the probation officer; the Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U. S. Probation Office, until such time as the Defendant is released from the program by the probation officer; the Defendant shall be self-employed only with the consent of the probation officer. The Court further orders that should the Defendant become employed as a bookkeeper or accountant, or should she obtain employment in a fiduciary capacity of any type, she will be required to notify the employer of the facts surrounding this conviction, and allow the U. S. Probation Office to verify this.

    **IT IS SO ORDERED.**

    **SIGNED this the 12th day of March, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE